In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Lands Required for Opening and Extending a Tunnel Street from Broadway to West 191st Street and St. Nicholas Avenue, in the Borough of Manhattan. THE HENRY MORGENTHAU COMPANY et al., Appellants.

*Matter of City of New York (Tunnel Street),* 160 App. Div. 29, affirmed.
(Argued June 1, 1914; decided June 16, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1913, which affirmed an order of Special Term confirming the report of the commissioners of estimate and assessment in street opening proceedings.

*Truman H. Baldwin* for appellants.

*Frank L. Polk,* Corporation Counsel (*Joel J. Squier* and *Frederick W. Gahrmann* of counsel), for respondent.

Order affirmed, with costs, except as to parcel No. 7, as to which the appeal is dismissed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.